

# NUMBER 13-15-00317-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE THE STATE OF TEXAS EX REL. STEPHEN B. TYLER

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes**
**Per Curiam Order**

Relator, the State of Texas ex rel. Stephen B. Tyler, filed a petition for writ of mandamus and motion for emergency stay in the above cause on July 14, 2015. Through this original proceeding, relator seeks to compel the trial court to empanel a jury to conduct the sentencing hearing in this matter and to prohibit the trial court from entering a judgment in the case until such has occurred.

The Court, having examined and fully considered the motion for emergency stay, is of the opinion that said motion should be granted. The motion for emergency stay is hereby GRANTED, and the trial court proceedings, including any sentencing hearing, are

ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Javier Lopez, Jr., or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of July, 2015.